JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KEVIN JOSUE IRAHETA MONTANO,

Petitioner,

v.

U.S. IMMIGRATION CUSTOMS ENFORCEMENT,

Respondent.

No. ED CV 26-2652-AH(E)

JUDGMENT

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: SEPTEMBER 1, 2026.

[signature]

ANNE HWANG
UNITED STATES DISTRICT JUDGE